# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAVE CUMMINGS** and **SANDRA CUMMINGS,**
Appellants,

v.

**CITY OF FORT PIERCE,**
Appellee.

No. 4D2022-1861

[March 14, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562021CA000178

Dave Cummings and Sandra Cummings, Fort Pierce, pro se.

Ryan D. O'Connor of WhiteBird, PLLC, Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***